**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6387**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JEREMY RANDOLPH MARTIN,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:15-cr-00086-FL-1)

Submitted:  September 21, 2020                    Decided:  October 1, 2020

Before WILKINSON and NIEMEYER, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jeremy Randolph Martin, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeremy Randolph Martin appeals the district court's order denying his motion to modify the conditions of his supervised release by eliminating two conditions. We have reviewed the record and find no reversible error. Accordingly, we affirm. *See United States v. McLeod*, __ F.3d __, __, No. 18-6423, 2020 WL 5049074, at *6 (4th Cir. Aug. 27, 2020) (holding that motion to modify conditions of supervised release under 18 U.S.C. § 3583(e)(2) "is impermissible [if] it rests on the factual and legal premises that existed at the time of [the defendant's] sentencing"). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
